In the Matter of the Claim of JULIANNE WEBER, Respondent, against ISRAEL BECKAR and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from award for the disability resulting from an accident sustained while

performing janitorial work in apartment owned by one of appellants. The only question raised was whether the relation of master and servant existed. The evidence sustained the finding of employment. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.